IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN KUROWSKI,

        Plaintiff,

v.                                                  1:22-cv-00079-MIS-LF

SHAUN SLATE, MATTHEW LOPEZ,
JUSTIN GARCIA, HEIDI ADAMS,
and JACK'S TOWING YARD,[1]

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITIONS

**THIS MATTER** is before the Court on two separate Proposed Findings and Recommended Dispositions ("PFRDs") filed by United States Magistrate Judge Laura Fashing on September 1, 2023. ECF Nos. 39, 40. In the first PFRD, Judge Fashing recommends that the Court grant Defendants Heidi Adams, Justin Garcia, Matthew Lopez, and Shaun Slate's Motion for Summary Judgment regarding all federal claims and remand all state law claims against those Defendants to state court. ECF No. 39. In the second PFRD, Judge Fashing recommends that the Court grant Defendant Jack's Truck Repair's Motion for Summary Judgment on Mr. Kurowski's federal claims and remand all state law claims against Jack's Towing Yard to state court. ECF No. 40. Both PFRDs notified the Parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. ECF No. 39 at 17; ECF No. 40 at 8. To date, no party has filed objections, and the time to do so has passed.

Therefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

---

[1] Although Plaintiff's Complaint and the docket sheet name "Jack's Towing Yard" as a Defendant, the business's name is "Jack's Truck Repair." See ECF No. 29 at 1.

1. The Magistrate Judge's Proposed Findings and Recommended Disposition on Defendants' Motion for Summary Judgment (ECF No. 39) are **ADOPTED**;

2. The Court **GRANTS** Defendants Heidi Adams, Justin Garcia, Matthew Lopez, and Shaun Slate's Motion for Summary Judgment (ECF No. 27) with respect to all Mr. Kurowski's federal claims; dismisses with prejudice all federal claims against those Defendants; and remands all state law claims against those Defendants to the First Judicial District Court for the State of New Mexico;

3. The Magistrate Judge's Proposed Findings and Recommended Disposition on Defendant's Motion for Summary Judgment (ECF No. 40) are **ADOPTED**;

4. The Court **GRANTS** Defendant Jack's Truck Repair's Motion for Summary Judgment (ECF No. 29) with respect to all Mr. Kurowski's federal claims; dismisses with prejudice all federal claims against Jack's Truck Repair; and remands all state law claims against Jack's Truck Repair to the First Judicial District Court for the State of New Mexico;

5. All other pending motions are **DENIED AS MOOT**; and

6. This case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE